December 8, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

CHARLES RICHARD PEREZ, Appellant

NO. 14-11-00645-CV                          V.

PRINCE METALS, L.L.C., Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on February 15, 2011.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by CHARLES RICHARD PEREZ.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.